IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-179-RJC-DCK

| | |
|---|---|
| JALONDA NICHEL DUNLAP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED PARCEL SERVICE, INC., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Appearance Of Counsel Charles A. Gartland II *Pro Hac Vice*" (Document No. 23) filed November 17, 2011. Mr. Gartland seeks to appear as counsel *pro hac vice* for Defendant United Parcel Service, Inc.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Charles A. Gartland II is hereby admitted to appear before the Court *pro hac vice* on behalf of Defendant United Parcel Service, Inc.

Signed: November 18, 2011

David C. Keesler
United States Magistrate Judge