IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-179-RJC-DCK

| | |
|---|---|
| JALONDA NICHEL DUNLAP, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| UNITED PARCEL SERVICE, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Appearance Of Counsel Leslie E. Wood *Pro Hac Vice*" (Document No. 24) filed November 17, 2011. Ms. Wood seeks to appear as counsel *pro hac vice* for Defendant United Parcel Service, Inc.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Leslie E. Wood is hereby admitted to appear before the Court *pro hac vice* on behalf of Defendant United Parcel Service, Inc.

Signed: November 18, 2011

David C. Keesler
United States Magistrate Judge